**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

R.M., INDIVIDUALLY AND ON BEHALF OF
MINOR CHILD M.M., B.C., INDIVIDUALLY
AND ON BEHALF OF HIS MINOR CHILD
D.R.B.C., C.A., INDIVIDUALLY AND ON
BEHALF OF MINOR CHILD F.J.A., K.Y.,
INDIVIDUALLY AND ON BEHALF OF
MINOR CHILDREN B.Y. AND R.Y., A.H.,
INDIVIDUALLY AND ON BEHALF OF
MINOR CHILD A.P.T., S.T., INDIVIDUALLY
AND ON BEHALF OF MINOR CHILD
A.M.T., N.J., INDIVIDUALLY AND ON
BEHALF OF MINOR CHILDREN J.J. AND
J.K., M.L, INDIVIDUALLY AND ON
BEHALF OF MINOR CHILDREN C.L.,
K.L.L., P.J.L., E.M., INDIVIDUALLY AND
ON BEHALF OF MINOR CHILDREN L.M.,
L.M., Q.M. AND F.M.

                 v.

SECRETARY OF THE PENNSYLVANIA
DEPARTMENT OF EDUCATION DR.
KHALID N. MUMIN, PENNSBURY
SCHOOL DISTRICT, FOX CHAPEL AREA
SCHOOL DISTRICT, STROUDSBURG
AREA SCHOOL DISTRICT, PARKLAND
SCHOOL DISTRICT, CARLYNTON
SCHOOL DISTRICT AND SENECA
VALLEY SCHOOL DISTRICT

APPEAL OF:  R.M., INDIVIDUALLY AND
ON BEHALF OF MINOR CHILD M.M., B.C.,
INDIVIDUALLY AND ON BEHALF OF HIS
MINOR CHILD D.R.B.C., C.A.,
INDIVIDUALLY AND ON BEHALF OF
MINOR CHILD F.J.A.

: No. 2 MAP 2023
:
: Appeal from the Order of the
: Commonwealth Court dated
: December 1, 2022 at No. 49 MD
: 2022.

**ORDER**

**PER CURIAM**                                              **DECIDED:  October 18, 2023**

       **AND NOW,** this 18th day of October, 2023, the order of the Commonwealth Court is **AFFIRMED.**